# Notice Recipients

District/Off: 1126–1        User: admin        Date Created: 5/4/2026

Case: 26–40084–JJR13        Form ID: trc        Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

11823313    Flagship Financial Group        PO BOX 3807        Coppell, TX 75019

                         TOTAL: 1